**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Virgilio DE LA TORRE–SANTANA,**
**Defendant–Appellant**

**No. 15–20068**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 06/13/2016

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Virgilio De La Torre–Santana, Pro Se.

Before WIENER, HIGGINSON, and COSTA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Virgilio De La Torre-Santana has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). De La Torre–Santana has not filed a response. We have

---

reviewed counsel's briefs and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.